UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| Wireco Worldgroup, Inc.         )<br>                                             )<br>                                             )<br>        Plaintiff(s)               )<br>                                             )<br>      vs.                               )<br>                                             )<br>Cal-Cert, Company               )<br>                                             )<br>                                             )<br>        Defendant(s)           ) | Case No. 4:13-cv-01997 JCH |

**ORDER**

The above styled and numbered case was filed on October 7, 2013 and randomly assigned to the Honorable Jean C. Hamilton , United States District Judge.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly.   The case should have been assigned to the Northern Division. Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Northern Division and randomly assigned to the Honorable Shirley P. Mensah, United States Magistrate Judge, under cause number 2:13-cv-00101.  **IT IS FURTHER ORDERED** that cause number 4:13-cv-01997 JCH be administratively closed.

Dated this 5th Day of November, 2013.            JAMES G. WOODWARD
                                                                           Clerk of Court
                                                                           By:/s/ Michele Crayton
                                                                                  Deputy In Charge

**Please note the new case number: 2:13-cv-00101 SPM.**