UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| Wireco Worldgroup, Inc. | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | Case No. 4:13-cv-01997 JCH |
| vs. | ) | |
| | ) | |
| Cal-Cert, Company | ) | |
| | ) | |
| Defendant(s) | ) | |

## ORDER

The above styled and numbered case was filed on October 7, 2013 and randomly assigned to the Honorable Jean C. Hamilton , United States District Judge.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Northern Division. Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Northern Division and randomly assigned to the Honorable Shirley P. Mensah, United States Magistrate Judge, under cause number 2:13-cv-00101. **IT IS FURTHER ORDERED** that cause number 4:13-cv-01997 JCH be administratively closed.

Dated this 5th Day of November, 2013.   JAMES G. WOODWARD
　　　　　　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　　　　　　By:/s/ Michele Crayton
　　　　　　　　　　　　　　　　　　　　　Deputy In Charge

**Please note the new case number: 2:13-cv-00101 SPM.**